IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No.   13-cr-00112-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    EDGAR CASTELLON-ZUNIGA,
    a.k.a. Miguel Huerta-Garcia,
    a.k.a. Edgar Castellon,

    Defendant.

---

## ORDER

---

    PURSUANT to and in accordance with the Order entered by the Honorable Judge William J. Martínez, it is

    ORDERED that Defendant Edgar Castellon-Zuniga is sentenced to TIME SERVED.

    Dated at Denver, Colorado, this 17th day of October 2013.

BY THE COURT:

William J. Martínez
United States District Judge